```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )  No. CR-08-085-LRS-1
              Plaintiff,     )     CR-08-086-LRS
                             )
v.                           )  ORDER DENYING MOTION TO SET
                             )  CONDITIONS OF RELEASE
MICHEAL D. CHARLES,          )
                             )
              Defendant.     )
                             )
```

The court, having considered the file, the proffers of the parties, including a DVD and testimony, and arguments, finds the United States has met its burden by clear and convincing evidence of establishing there is not a combination of conditions to reasonably assure absence of risk to the community. The charges are serious, and for his age of 23 years, Defendant has a significant criminal history, including failures to comply. In addition, the DVD reviewed during the hearing on December 4, 2008, showed alleged assaultive behavior.

**IT IS ORDERED** the Defendant's Motion to set conditions of release **(Ct. Rec. 272, No. CR-08-085-LRS-1; Ct Rec. 31, No. CR-08-086-LRS)** is **DENIED.**

DATED December 5, 2008.


                              S/ CYNTHIA IMBROGNO
                            UNITED STATES MAGISTRATE JUDGE


ORDER DENYING MOTION TO SET CONDITIONS OF RELEASE - 1